UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA L. GARZA, | ) | 1:07cv755 DLB |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of eighteen-hundred thirty-one dollars and thirty-eight cents ($1831.38), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

**Dated:   August 20, 2008**             **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE